AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

U.S. MARSHAL-DC AM11:2
RECEIVED MAR 13 '24

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-cr-00127 |
| RODNEY BAGGOTT | ) Assigned To : Judge Reggie B. Walton |
|  | ) Assign. Date : 3/12/2024 |
|  | ) Description: Indictment (B) |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     **RODNEY BAGGOTT**

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1) - Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year

22 D.C. Code §§ 401, 4502 - Assault with Intent to Kill While Armed

22 D.C. Code § 4504(b) - Possession of a Firearm During a Crime of Violence or Dangerous Offense

Date: 03/12/2024

*Issuing officer's signature*

City and state:   Washington, DC

Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 3/13/2024, and the person was arrested on *(date)* 4/15/2024
at *(city and state)* Washington, DC

Date: 4/15/2024

*Arresting officer's signature*

CEstrada, DUSM
*Printed name and title*