CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
vs. ) Civil/Criminal No.: 24-cr-127 (RBW)
)
RODNEY BAGGOTT and KIMBERLY BAGGOTT )
)

## NOTE FROM JURY

(1) In earlier (yesterday) testimony, it was mentioned Mr. Baggott had two phones at arrest in Silver Spring, MD. Was only one phone analyzed from Mr. Baggott by Ms. Cantley?

Date: 7/18/2025

Time: 10:05 A.M.

CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

RODNEY BAGGOTT and KIMBERLY BAGGOTT

Civil/Criminal No.: 24-cr-127 (RBW)

## NOTE FROM JURY

~~DOES~~ Did Mr. Abdullah, as an Uber Eats driver, follow a reasonable route between the restaurant and the delivery point? Was it logical to ~~make~~ make a left turn onto Connecticut Avenue Northbound off of 20th Street?

Date: 7/18/2025

Time: 11:45 A.M.