UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                             )<br>)<br>RODNEY BAGGOTT,                         )<br>)<br>             Defendants.              )<br>                                                         ) | Criminal Action No. 24-127-1 (RBW) |

## VERDICT FORM

AND NOW, this __24TH__ day of __July__, 2025, we, the Jurors empaneled in the above captioned case, hereby find as follows:

**Count 1 (First-Degree Murder While Armed)**

**As to Count 1, we the members of the jury do hereby unanimously find the defendant, Rodney Baggott:**

_____ Not Guilty

__✓__ Guilty

If you find Rodney Baggott guilty of First-Degree Murder While Armed, do not consider the lesser included offense of Second-Degree Murder While Armed. If you find Rodney Baggott not guilty of First-Degree Murder While Armed, go on to consider the lesser included offense of Second-Degree Murder While Armed.

**As to the lesser included offense of Second-Degree Murder While Armed, we the members of the jury do hereby unanimously find the defendant, Rodney Baggott:**

_____ Not Guilty

_____ Guilty

If you find Rodney Baggott guilty of Second-Degree Murder While Armed, do not

consider the lesser included offense of Voluntary Manslaughter While Armed. If you find Rodney Baggott not guilty of Second-Degree Murder While Armed, go on to consider the lesser included offense of Voluntary Manslaughter While Armed.

**As to the lesser included offense of Voluntary Manslaughter While Armed, we the members of the jury do hereby unanimously find the defendant, Rodney Baggott:**

_____ Not Guilty

_____ Guilty

If you find Rodney Baggott not guilty of First-Degree Murder While Armed, Second-Degree Murder While Armed, and Voluntary Manslaughter While Armed, you must also find Rodney Baggott not guilty of Count Two—Possession of a Firearm During a Crime of Violence or Dangerous Offense. However, if you find Rodney Baggott guilty of First-Degree Murder While Armed, Second-Degree Murder While Armed, or Voluntary Manslaughter While Armed, go on to consider Count Two.

**Count 2 (Possession of a Firearm During a Crime of Violence or Dangerous Offense)**

As to Count 2, we the members of the jury do hereby unanimously find the defendant, Rodney Baggott:

_____ Not Guilty

\_✓\_\_\_ Guilty

**Count 3 (Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year on January 30, 2024)**

As to Count 3, we the members of the jury do hereby unanimously find the defendant, Rodney Baggott:

2

_____ Not Guilty

__✓__ Guilty


**Count 7 (Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year on March 3, 2024)**

As to Count 7, we the members of the jury do hereby unanimously find the defendant, Rodney Baggott:

_____ Not Guilty

__✓__ Guilty


Please sign and date this verdict form on the lines provided below.

07/24/2025
_____
**Date**

If you agree with the verdict as indicated by your Foreperson, please sign, indicate your juror number, and date this verdict form on the lines provided below.

3