UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>　v.<br><br>RODNEY BAGGOTT<br><br>　　　　　Defendant. | Case No. 24CR127 |

## NOTICE

Counsel for Rodney Baggott files this notice to inform the Court that Mr. Baggott has been moved from the D.C. Jail and counsel has not been notified as to his whereabouts. Based upon this sudden re-location and being unaware of where our client is being held, counsel for Mr. Baggott will likely be unable to comply with the current deadlines in preparation for sentencing.

.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　A. J. Kramer
　　　　　　　　　　　　　　　　　　Federal Public Defender


　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　Maria Jacob
　　　　　　　　　　　　　　　　　　Assistant Federal Public Defender
　　　　　　　　　　　　　　　　　　625 Indiana Ave NW, Suite 550
　　　　　　　　　　　　　　　　　　Washington, D.C. 20004
　　　　　　　　　　　　　　　　　　(202) 208-7500